ACCEPTED
01-15-00463-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 11:16:45 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00463-CV

## IN THE COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT OF TEXAS, HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 11:16:45 AM
CHRISTOPHER A. PRINE
Clerk

Nuria Mandje
Appellant

v.

CCI Services, Corp.,
Appellee

*On appeal from the*
*11th Judicial District Court of Harris County, Texas*

_____

### DESIGNATION OF LEAD APPELLATE COUNSEL
_____

COMES NOW, Appellee CCI SERVICES, CORP., and files this DESIGNATION OF LEAD APPELLATE COUNSEL, hereby gives notice of appearance on behalf of Appellee CCI SERVICES, INC., and requests that duplicate notice of all filings, orders, and opinions be sent to its counsel at the following address and email addresses:

Dylan B. Russell
**HOOVER SLOVACEK LLP**
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Russell@hooverslovacek.com

171402-00003 DBR 6/2/2015 00969142.WPD 1

Additionally, Appellee CCI SERVICES, CORP., hereby designates Dylan B. Russell as its lead appellate counsel.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

By: /s/ Dylan B. Russell
      Dylan B. Russell
      State Bar No. 24041839
      Matthew A. Kornhauser
      State Bar No. 11684500
      Galleria Tower II
      5051 Westheimer, Suite 1200
      Houston, Texas 77056
      Telephone: 713-977-8686
      Facsimile: 713-977-5395
      Russell@hooverslovacek.com
**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of June 2015, a true and correct copy of the foregoing document was forwarded to all interested parties via email and/or electronic notice.

Scott Douglas Cunningham
7670 Woodway, Suite 110
Houston, Texas 77063
Phone - (713) 273-8950
Facsimile - (713) 273-8951
E-mail - sdc1776@peoplepc.com

By:/s/ Dylan B. Russell
      Dylan B. Russell